IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE THE MATTER OF: | ) | CHAPTER 13 |
| | ) | |
| **Brent Parker** | ) | CASE NO. 07-31438 |
| | ) | |
| Debtor. | ) | |

## OBJECTION TO TRUSTEES MOTION TO DISMISS

COMES NOW the Debtors, individually, and by attorney, and hereby objects to the Trustee's Motion to Dismiss, and as grounds for said Objection, states as follows:

1. The Debtor filed a chapter 13 bankruptcy petition in this Court on 27th day of September, 2007.

2. After filing the Bankruptcy the Debtor's employer failed to timely make payments and the employer is now paying the trustee.

3. The Debtor states that his payments are now being made by his employer..

WHEREFORE, the premises considered, the Debtor requests this Court to allow the Debtor to remain in 15th day of September, 2008.

      /s/ Richard D. Shinbaum
Richard D. Shinbaum (SHI007)
Vonda S. McLeod (MCL032)
Attorney for the Debtor

Of Counsel:
Shinbaum, McLeod and Campbell, P.C.
P.O. Box 201
Montgomery, AL 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this the 6thday of August, 2008

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, Alabama 36101

      /s/ Richard D. Shinbaum
Richard D. Shinbaum
Vonda S. McLeod